UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JORDAN KAFENBAUM,

                       Plaintiff,                    20-cv-06315 (AT) (OTW)

           -against-                        **ORDER**

SOULCYCLE INC., et al.,

                      Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Tuesday, March 16, 2021 at 3:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

SO ORDERED.

                                                                  _s/ Ona T. Wang_

Dated: January 21, 2021                                **Ona T. Wang**
      New York, New York                    United States Magistrate Judge