**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
JORDAN KAFENBAUM, :
:
                Plaintiff, :        20-cv-06315 (AT) (OTW)
:
       -against- :
:                   **ORDER**
SOULCYCLE INC., et al., :
:
               Defendants. :
:
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Status Conference scheduled for **Tuesday, March 16, 2021 at 3:30 p.m.** is hereby adjourned, *sine die.* The parties shall submit a joint discovery status letter by **April 16, 2021**. The parties are directed to review my Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-ona-t-wang, which require parties to file a joint proposed agenda at least 3 business days before any status conference.

      **SO ORDERED.**

                                                             *s/ Ona T. Wang*
Dated: March 15, 2021                                      **Ona T. Wang**
      New York, New York                      United States Magistrate Judge