UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JORDAN KAFENBAUM,

                    Plaintiff,                      20-cv-06315 (AT) (OTW)

        -against-                      **ORDER**

SOULCYCLE INC., et al.,

                    Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties shall file a *signed* proposed stipulation and protective order by **April 21, 2021**. Following the Court's entry of the protective order, Defendants shall commence rolling productions.

The Court will hold a discovery status conference on **May 13, 2021 at 2:30 pm**. The dial in information is (866) 390-1828, access code 1582687. Pursuant to the Court's Individual Practices in Civil Cases, the parties shall file a joint proposed agenda by **May 10, 2021**. The agenda should discuss the parties' plan for completing discovery.

**SO ORDERED.**

                                              *s/ Ona T. Wang*

Dated: April 19, 2021                          **Ona T. Wang**
      New York, New York             United States Magistrate Judge