**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
JORDAN KAFENBAUM,                                           :
                                                            :
                               Plaintiff,                   :           20-cv-6315 (AT) (OTW)
                                                            :
              -against-                                      :           **ORDER**
                                                            :
SOULCYCLE INC., et al.,                                     :
                                                            :
                               Defendants.                   :
                                                            :
------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge:**

        The Court has reviewed ECF 51 and 52. Plaintiff's motion (ECF 51) is **GRANTED** in part

and **DENIED** in part.

- By **August 18, 2021**, Defendants shall serve supplemental written responses to

  Plaintiff's First Request for Production of Documents.

- By **August 27, 2021**, the parties shall file a joint status letter regarding their plan

  for completing discovery **by September 30, 2021**.

- Plaintiff's requests are otherwise **DENIED** without prejudice.

        **SO ORDERED.**

                                                    _s/ Ona T. Wang_
Dated: August 13, 2021                              **Ona T. Wang**
       New York, New York                           United States Magistrate Judge