```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/7/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JORDAN KAFENBAUM,

                Plaintiff,

-against-

SOULCYCLE INC., SUNDER REDDY and
ADRIENNE GEMPERLE, in their individual and
professional capacities,

                Defendants.

20 Civ. 6315 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for September 14, 2021, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: September 7, 2021
        New York, New York

                                                  ANALISA TORRES
                                          United States District Judge