**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JORDAN KAFENBAUM,

                Plaintiff,             20-CV-6315 (AT) (OTW)

        -against-             **ORDER**

SOULCYCLE INC., et al.,

                Defendants.
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Status Conference scheduled for October 26, 2021 (ECF 49) is adjourned to **November 2, 2021 at 2:00 p.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, **Courtroom 20D**. Pursuant to ECF 58, the parties shall file a joint status letter by October 29, 2021.

      **SO ORDERED.**

                                                                        _s/ Ona T. Wang_

Dated: October 4, 2021                                        **Ona T. Wang**
       New York, New York                   United States Magistrate Judge